UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NATHAN C. KELLER, | ) |
| Plaintiff, | ) ) ) |
| v. | ) NO.: 2:15-CV-33 |
| CAROLYN W. COLVIN, Commissioner of Social Security | ) ) ) ) |
| Defendant. | ) ) |

ORDER

After careful consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 24], concerning plaintiff's application for attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), *see* 28 U.S.C. § 2412(d), [Doc. 20], it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion for attorney's fees is GRANTED, [Doc. 20]. Accordingly, plaintiff is awarded a fee in the amount of $2,375.00 and expenses in the amount of $20.10.

ENTER:

s/J. RONNIE GREER<br>UNITED STATES DISTRICT JUDGE