UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
GREENEVILLE

NATHAN KELLER )
)
V. ) No. 2:15-CV-33
)
CAROLYN W. COLVIN, )
Acting Commissioner of Social Security )

REPORT AND RECOMMENDATION

Plaintiff's counsel has filed a Motion [26] for approval of an attorney fee under 42 U.S.C.§ 406(b) in the amount of $ 3,818.00. The government has not opposed the request. This fee is found to be appropriate and fair. It is respectfully recommended that the Motion be GRANTED.[1]

Respectfully Submitted:

  s/ Clifton L. Corker
United States Magistrate Judge

---

[1] Any objections to this report and recommendation must be filed within fourteen (l4) days of its service or further appeal will be waived. Thomas v. Arn, 474 U.S. 140 (1985); United States v. Walters, 638 F.2d 947-950 (6th Cir. 198l); 28 U.S.C. § 636(b)(1)(B) and (C).