UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| NATHAN KELLER, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CAROLYN W. COLVIN, )<br>Commissioner of Social Security, )<br>)<br>Defendant. ) | No. 2:15-CV-33 |

## ORDER

After consideration of the Report and Recommendation of the United States Magistrate Judge, [Doc. 29], concerning plaintiff's application for attorney's fees, [Doc. 26], under Title 42 United States Code section 406(b), it is hereby ORDERED that the Report and Recommendation is ADOPTED and APPROVED and that the plaintiff's motion is GRANTED, [Doc. 26]. Accordingly, it is hereby ORDERED a fee in the amount of $3,818.00 be awarded.

ENTER:

                                                                                          s/J. RONNIE GREER
                                                                        UNITED STATES DISTRICT JUDGE